| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Identify Yourself**

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Paul** <br> First name <br><br> **J** <br> Middle name <br><br> **DuMelle** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4391** | |

Official Form 101                       **Voluntary Petition for Individuals Filing for Bankruptcy**                       page 1

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5. Where you live**

**917 Hartwood Drive
Streamwood, IL 60107**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Debtor 1    **Paul J DuMelle** _____    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Paul J DuMelle** _____  Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1  **Paul J DuMelle** _____ Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Paul J DuMelle** _____  Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Paul J DuMelle** _____        _____
**Paul J DuMelle**                                             Signature of Debtor 2
Signature of Debtor 1

Executed on  **March 2, 2017**                                Executed on  _____
             MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1 **Paul J DuMelle** _____ Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Steven J. Brody** | Date | **March 2, 2017** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Steven J. Brody**
Printed name

**Steven J. Brody & Associates, Ltd.**
Firm name

**15 W. Woodstock Street**
**Crystal Lake, IL 60014**
Number, Street, City, State & ZIP Code

Contact phone  **815-479-8800**        Email address  **steve@sjbrodylaw.com**

**06205619**
Bar number & State

**Steven J. Brody & Associates, Ltd.**
Attorneys at Law
15 W. Woodstock Street
Crystal Lake, Illinois  60014
Telephone (815) 479-8800
Facsimile (815) 479-8880

January 31, 2017

Paul DuMelle
917 Hartwood Drive
Streamwood, Illinois 60107

Re:     Fee Agreement - legal services, Chapter 7 Bankruptcy

Dear DuMelle:

This letter will confirm the fee agreement between you and Steven J. Brody & Associates, Ltd., ("SJB&A"), regarding our legal representation of you with regard to your possible bankruptcy proceedings.  While you have inquired of the firm regarding the filing of a Chapter 7 bankruptcy, the firm will not be able to provide a recommendation as to whether you are eligible to file Chapter 7 and whether that filing is advisable until the firm receives the following documentation from you:

- A completed questionnaire provided to you by SJB&A regarding your debts, assets and financial affairs;
- Copies of check stubs for your income of any kind during the last six (6) months;
- Copies of your tax returns for the last four (4) years;
- A current credit report from one of the three (3) providers of the same;
- Copies if your bills for the last three (3) months, including but not limited to credit cards, mortgages, utility bills, car payments, student loans, tax bills, etc.

Once the above documentation is received , SJB&A will be able to review your situation, evaluate the appropriateness of Chapter 7 and make its recommendation to you as to the best Chapter to file if any. The non-refundable fee to SJB&A for this initial review and advice is **$0.00,** which will be credited toward any bankruptcy services SJB&A provides you after it makes its recommendation.

Our fees for our services and costs in this Chapter 7 bankruptcy are **$2,375.00**, comprising **$2,000.00** for legal services and **$375.00** for costs SJB&A will incur in representing you.  These costs include **$335.00** for the filing fee charges by the Bankruptcy Court, **$TBD** for asset and record searches, and **$40.00** for securing a credit reports.  While SJB&A may accept installments for fees and costs, we will not file the Bankruptcy Petition until all fees and costs have been paid in full.  The attorneys' fees quoted are for a "normal" bankruptcy, i.e. one in which we

- prepare and file one draft of your Bankruptcy Petition and supporting documents,
- attend a creditors meeting with you (discussed below),
- are not required to defend you against legal challenges to your petition in the bankruptcy court



- by your creditors or the bankruptcy trustee, and
- are given accurate and compete information as to your financial situation, debts and assets.

At the time of its recommendation to you, SJB&A will quote you a fee for the services it offers based on your eligibility for Chapter 7 or 13 and based on the anticipated complexity of your case. If the fee quote for Chapter 7 services exceeds the amount normally charged for such services, SJB&A will give you specific reasons why the fee is higher.

Under the federal Bankruptcy Code, SJB&A is required to enter into a written contract with you and to make certain disclosures to you prior to the provision of services. Copies of these disclosure forms are attached to and incorporated by reference into this contract.

While other attorneys may be involved in your case from time to time, you are most likely to work with attorney Steven J. Brody. Steven J. Brody & Associates, Ltd., frequently shares responsibility and tasks in bankruptcy cases with other law firms. If Mr. Brody is not available please leave a message and he will return your call as soon as possible.

All bankruptcy attorneys are required to have their fees reviewed and approved by the Court. The amount you pay us will be reflected in the Bankruptcy Petition, and reasonable fees are approved by the Court without any further action by the Debtor(s) or the attorney. If we are required to do legal work beyond the "normal" duties listed above, we may ask the Court to allow us to charge additional fees over and above the original retainer.

Once your Petition is filed, the Court schedules a **Creditors' Meeting** at which you will be examined by the Bankruptcy Trustee about the contents and accuracy of your Petition. This meeting is generally held four to six weeks after the filing of the Petition. Creditors may attend, and they may also ask questions (though most creditors don't). Our advice for this meeting is simple; cooperate, tell the truth, and don't wear any clothes or jewelry that might be considered "flashy". We will discuss what you can expect at the creditors' meeting in more detail once it is scheduled.

Some of your creditors may offer you a **Reaffirmation Agreement**. This is a new contract between you and the creditors in which you agree to keep paying their debt; the debt is thus not discharges (i.e. forgiven) in the bankruptcy. Subsequent breach of a reaffirmation agreement by you will allow the creditor to take any collection action available to them under the law. Our services in negotiating Reaffirmation Agreements and appearing at Court hearings regarding such Agreements *are excluded from this retainer*; if these services are required, we will negotiate a separate retainer for those services and petition the Court to approve those fees.

By filing bankruptcy, you are asking the Court to give you a **discharge** for your debts, i.e. giving you permission not to pay them. While most of your debts are dischargeable, some are not, including but not limited to:

- taxes and monies owed to government entities;
- wages owed to employees;
- most government guaranteed student loans
- debts incurred by fraud.

The last item is critical. If you incur debt when you are already **considering** filing bankruptcy (for instance by charging on a credit card), that creditor may be able to get an order from the Court stating that their debt is not discharged. If you incur a debt within sixty (60) days fo filing bankruptcy, the Court is authorized to presume that the debt was incurred fraudulently. If there is enough appearance of fraud, the Court can dismiss your petition altogether. In that event, your case would be terminated and you would get no financial relief. The key to avoiding this problem is to be **honest**. List all of your debts and assets and **do not** use your charge cards.

Please note that you may stop paying any unsecured creditor whose debt you intend to discharge. You should continue to pay your secured creditors, including but not limited to holders of mortgages and car loans that you intend to keep.

We will retain your files and records in accordance with the Illinois Rules of Professional Conduct. These rules require that various files and records be retained for a period of 5 to 7 years depending on the type of record or file. However, we may retain such records for a longer period of time. Moreover, said files and records may be maintained in either paper or electronic format. Any disposed files and records will be shredded or otherwise disposed in a manner that your personal identity information and other private matters are unrecognizable.

Please acknowledge receipt of this letter and agreement with its terms by signing the enclosed copy of the letter and returning same to our office along with a check or money order for your retainer. Thank you for allowing us to be of assistance.

Sincerely,

Steven J. Brody & Associates, Ltd.

Steven J. Brody

**ACCEPTED:** _[signature]_                    **DATE:** 1/31/17

_____                    **DATE:** _____

Enclosures-   Disclosures to Most Bankruptcy Filers Required by 11 U.S.C. 527 (a)(1)
              Disclosures to Most Bankruptcy Filers Required by 11 U.S.C. 527 (a)(2)
              Disclosures to Most Bankruptcy Filers Required by 11 U.S.C. 527 (b)
              Consent for Attorney to Conduct Independent Investigation
              Notice to Individual Consumer Debtor Regarding Credit Counseling and Financial
                  Management Instructional Course
              Current List of Approved Credit Counseling Agencies in Northern District of
                  Illinois

Advocate Sherman Hospital
P.O. Box 3039
Oak Brook, IL 60522-3039

Cdi/Pontiac
Attn:Bankruptcy
Po Box 213
Streator, IL 61364

DuMelle, Paul -
Comenity Bank/Fashion Bug
Po Box 182125
Columbus, OH 43218

Allstate
227 S. Main Street
Bartlett, IL 60103-4456

Center for Sports Orthopa
1585 Barrington Road, Bldg 2S
Hoffman Estates, IL 60169

Comenity Bank/Harlem Furniture
Po Box 182125
Columbus, OH 43218

Alltran Financial, LP
P.O. Box 4044
Concord, CA 94524-4044

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Dawson Mill Village Condo
C/O Associa Chicagoland
1225 Alma Road, Suite 100
Richardson, TX 75081

Ally Financial
Po Box 380901
Bloomington, MN 55438

Citibank
Centralized Bk/Citicorp Credit Srvs
Po Box 790040
St Louis, MO 63179

Fifth Third Bank
1830 East Paris Ave
Grand Rapids, MI 49546

American Recovery Service Incorpora
555 St. Chjarles Drive
Thousand Oaks, CA 91360

Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
Po Box 790040
St Louis, MO 63179

Fifth Third Bank
Attn: Bankruptcy
1850 East Paris Ave, Se
Grand Rapds, MI 49546

Amex
Correspondence
Po Box 981540
ElPaso, TX 79998

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129

GC Services Limited
6330 Gulfton
Houston, TX 77081

Atlantic Credit & Finance Inc
PO Box 11887
Roanoke, VA 24022-1887

Citicards
P.O. Box 6500
Sioux Falls, SD 57117

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20809
Fountain City, CA 92728

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179

Kay Jewelers/Sterling Jewelers Inc.
Sterling Jewelers
Po Box 1799
Akron, OH 44309

Capital One
General Correspondence
Po Box 30285
Salt lake City, UT 84130

Citizens Bank
Attn: Bankruptcy
443 Jefferson Blvd Ms Rjw-135
Warwick, RI 02886

Kayla DuMelle
1132 Sandpebble Circle
Algonquin, IL 60102

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

Kia Motors Finance
Po Box 20825
Fountain Valley, CA 92728

| | | |
|---|---|---|
| Kohls<br>PO Box 3084<br>Milwaukee, WI 53201-2983 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | DuMelle, Paul -<br>Wells Fargo<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2302-04e- Pob 10335<br>Des Moines, IA 50306 |
| Marshall & Ilsley Bank<br>401 N Executive Drive<br>Brookfield, WI 53005 | Synchrony Bank Credit Card<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | |
| Med Business Bureau<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068 | Synchrony Bank/American Eagle<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | |
| Micland Credit Management<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | |
| Midland Credit Management, Inc.<br>P.O. Box 13105<br>Roanoke, VA 24031-3105 | Synchrony Bank/Sams<br>Po Box 965060<br>Orlando, FL 32896 | |
| Midland Funding LLC<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108 | Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | |
| Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773 | Trinity Gymnasitcs<br>9162 Trinity Drive<br>Lake in the Hills, IL 60156 | |
| NES of Ohio<br>2479 Edison Boulevard, Unit A<br>Twinsburg, OH 44087-2340 | US Bank/Rms CC<br>Card Member Services<br>Po Box 108<br>St Louis, MO 63166 | |
| Northland Group Inc<br>PO Box 390905<br>Minneapolis, MN 55439 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | |